FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2020

No. 04-20-00410-CV

**In the Interest of N.N.R.**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01112
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due on September 22, 2020, and appellant filed a motion requesting an extension of time until October 18, 2020 to file his brief.

After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by October 19, 2020**. *See* TEX. R. CIV. P. 4 (providing when a due date falls on a weekend day, the due date runs until the next day that is not a weekend day). **Appellant is advised that further extensions of time will be disfavored**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court